# EXHIBIT 1

# Exhibit 1

# Schedule A

| Retailer Identifier | Brand | Platform | Product Link | Domicile |
|---|---|---|---|---|
| B0FF4S42Q5 | Aaobosi | Amazon | www.amazon.com/dp/B0FF4S42Q5 | Hong Kong |
| B0FFH37RS6 | Aaobosi | Amazon | https://www.amazon.com/dp/B0FFH37RS6 | Hong Kong |
| B0GLFJVZRB | AllToU | Amazon | www.amazon.com/dp/B0GLFJVZRB | China |
| B0FVSSQP4J | Astralship | Amazon | www.amazon.com/dp/B0FVSSQP4J | China |
| B0F48675ZN | Astralship | Amazon | www.amazon.com/dp/B0F43VGHLZ | China |
| B0FNK5KDSP | Besococina | Amazon | www.amazon.com/dp/B0FNK5KDSP | China |
| B0FN13CYSZ | BLIZZEE | Amazon | www.amazon.com/dp/B0FN13CYSZ | China |
| B0FN1WLJK1 | BLIZZEE | Amazon | www.amazon.com/dp/B0FN1WLJK1 | China |
| B0FH7FJ186 | CASIDEA | Amazon | https://www.amazon.com/dp/B0FH7FJ186 | China |
| B0GTK7WL43 | COWSAR | Amazon | www.amazon.com/dp/B0GTK7WL43 | China |
| B0FXMCG8B3 | Crownful | Amazon | www.amazon.com/dp/B0FXMCG8B3 | China |
| B0FLSDY79Z | Culvani | Amazon | www.amazon.com/dp/B0FLSDY79Z | China |
| B0F9FXR3ZT | Dutepa | Amazon | https://www.amazon.com/dp/B0F9FXR3ZT | China |
| B0GTSZLPZW | Fesoiu | Amazon | www.amazon.com/dp/B0GTSZLPZW | China |
| B0FR9C7RPY | FOHERE | Amazon | www.amazon.com/dp/B0FR9C7RPY | China |
| B0FSQHLWG4 | FOHERE | Amazon | www.amazon.com/dp/B0FSQHLWG4 | China |
| B0FVFKBHF8 | Foyoconven | Amazon | https://www.amazon.com/dp/B0FVFKBHF8 | China |
| B0FF9SN2GV | GSEICE | Amazon | www.amazon.com/dp/B0FF9SN2GV | Hong Kong |
| B0FQ4NJSJL | GSEICE | Amazon | www.amazon.com/dp/B0FQ4NJSJL | Hong Kong |
| B0FSKR56YN | GSEICE | Amazon | www.amazon.com/dp/B0FSKR56YN | Hong Kong |
| B0FR7P2KXS | HBN | Amazon | www.amazon.com/dp/B0FR7P2KXS | China |
| B0F7GZYL7B | MAIPSIG | Amazon | www.amazon.com/dp/B0F7GZYL7B | China |
| B0G3WM3L9F | Mazzen | Amazon | www.amazon.com/dp/B0G3WM3L9F | China |
| B0FQNZFLL2 | MuliVid | Amazon | www.amazon.com/dp/B0FQNZFLL2 | China |
| B0GNNP6SNB | NutriChef | Amazon | www.amazon.com/dp/B0GNNP6SNB | US |
| B0FR7J6MWS | Ontravelo | Amazon | www.amazon.com/dp/B0FR7J6MWS | China |
| B0FGNGYGPD | RyRot | Amazon | www.amazon.com/dp/B0FGNGYGPD | China |
| B0FQP7RB9N | Topteng | Amazon | www.amazon.com/dp/B0FQP7RB9N | China |
| B0GKVSTCWK | VELPAX | Amazon | www.amazon.com/dp/B0GKVSTCWK | China |

# Exhibit 1

# Schedule A

| Retailer Identifier | Brand | Platform | Product Link | Domicile |
|---|---|---|---|---|
| B0F8TS6LBB | VNN | Amazon | https://www.amazon.com/VNN-Slushie-Machine-Auto-Clean-Margaritas/dp/B0F8TS6LBB | China |
| B0F8TYD6L6 | VNN | Amazon | https://www.amazon.com/dp/B0F8TYD6L6 | China |
| B0FNCGGZXZ | WETIE | Amazon | www.amazon.com/dp/B0FNCGGZXZ | China |
| B0FFGR6DG9 | Wie | Amazon | https://www.amazon.com/dp/B0FFGR6DG9 | China |
| B0FQJMNKPL | Wind Shear | Amazon | www.amazon.com/dp/B0FQJMNKPL | China |